AES/PNC Bank
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461


Affirm, Inc.
Attn: Bankruptcy Attn: Bankruptcy
30 Isabella St , Floor 4
Pittsburgh, PA 15212


Avant/WebBank
222 North LaSalle Street Suite 1600
Chicago, IL 60601


Bay Area Credit Services
Permanently closed at reported address
Norcross, GA 30093


Bridgecrest Acceptance Corp
Attn: Bankruptcy
7300 East Hampton Avenue Suite 100
Mesa, AZ 85209-3324


Capital One
P.O. Box 30285
Salt Lake City, UT 84130


Capital One/Neiman
Marcus/Bergdorf Goodman
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0287


City of Philadelphia
Municipal Services Building
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617

City of Philadelphia
Parking Violation Branch
PO Box 41819
Philadelphia, PA 19101-1819


Comenity/Burlington
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218


Comenitycapital/fFe21
Attn: Bankruptcy Dept
PO Box 182125
Columbus, OH 43218


Cornerstone
Pob 60610
Harrisburg, PA 17106


Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054


First Premier Bank
Attn: Bankruptcy
PO Box 5524
Sioux Falls, SD 57117


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Macys/fdsb
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251


Pennsylvania Attorney
General
16th Floor, Strawberry Square
Harrisburg, PA 17120-0001


Pennsylvania Department of
Revenue
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

Pennsylvania Office of
General Counsel
333 Market St Fl 17
Harrisburg, PA 17101-2210


Personify Financial
Attn: Bankruptcy Department
PO Box 208417
Dallas, TX 92150


Philadelphia Federal Credit
Union
Attn: Bankruptcy
12800 Townsend Road
Philadelphia, PA 19154

Philadelphia Municipal Court
Traffic Division
800 Spring Garden St
Philadelphia, PA 19123-2616


Philadelphia Parking
Authority
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

Stillman Law Office
Attn: Bankruptcy
Po Box 72
Georgetown, DE 19947-0072


Synchrony Bank/ Old Navy
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060


Synchrony Bank/Care Credit
Attn: Bankruptcy Dept
PO Box 965064
Orlando, FL 32896-5060


Synchrony Bank/TJX
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896-5060


Target NB
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440


U.S. Attorney, Eastern District
of Pa.
615 Chestnut St Ste 1250
Philadelphia, PA 19106-4404


U.S. Bankcorp
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402-7000

U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530-0009