United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 24-10976-amc

Chantay N. Little                                                      Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                                    Page 1 of 4

Date Rcvd: Aug 02, 2024             Form ID: pdf900                        Total Noticed: 51

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Chantay N. Little, 1811 S. Conestoga Street, Philadelphia, PA 19143-5720 |
| 14869757 | | Bay Area Credit Services, Permanently closed at reported address, Norcross, GA 30093 |
| 14880170 | | Permanently closed at reported address, Norcross, GA 30093 |
| 14869776 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14880191 | | Stillman Law Office, Attn: Bankruptcy, Po Box 72, Georgetown, DE 19947-0072 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 02 2024 23:39:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 02 2024 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14869754 | | Email/Text: bncnotifications@pheaa.org | Aug 02 2024 23:39:00 | AES/PNC Bank, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14869755 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 02 2024 23:44:41 | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14891398 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2024 23:44:50 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14869756 | + | Email/Text: bk@avant.com | Aug 02 2024 23:39:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601-1112 |
| 14880169 | + | Email/Text: bk@avant.com | Aug 02 2024 23:39:00 | Avant/WebBank, 222 North LaSalle Street Suite 1600, Chicago, IL 60601, Bay Area Credit Services 60601-1112 |
| 14869758 | | Email/Text: rm-bknotices@bridgecrest.com | Aug 02 2024 23:39:00 | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14869761 | | Email/Text: megan.harper@phila.gov | Aug 02 2024 23:39:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14869759 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 02 2024 23:44:56 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14870481 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 02 2024 23:44:42 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14869760 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

District/off: 0313-2                          User: admin                                    Page 2 of 4
Date Rcvd: Aug 02, 2024                       Form ID: pdf900                                 Total Noticed: 51

|  |  |  |  |
|---|---|---|---|
|  |  | Aug 02 2024 23:44:41 | Capital One/Neiman Marcus/Bergdorf Goodman, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14874215 | + Email/Text: bankruptcy@cavps.com | Aug 02 2024 23:39:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14869762 | Email/Text: bankruptcy@philapark.org | Aug 02 2024 23:39:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14869763 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2024 23:39:00 | Comenity/Burlington, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14869764 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 02 2024 23:39:00 | Comenitycapital/fFe21, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14869765 | + Email/Text: bncnotifications@pheaa.org | Aug 02 2024 23:39:00 | Cornerstone, Pob 60610, Harrisburg, PA 17106-0610 |
| 14869769 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 02 2024 23:44:51 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14869061 | Email/Text: mrdiscen@discover.com | Aug 02 2024 23:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14869766 | + Email/Text: mrdiscen@discover.com | Aug 02 2024 23:38:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14869767 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 02 2024 23:44:41 | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14869768 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 02 2024 23:39:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14882592 | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 02 2024 23:39:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14889176 | Email/Text: BNCnotices@dcmservices.com | Aug 02 2024 23:39:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14871347 | Email/PDF: resurgentbknotifications@resurgent.com | Aug 02 2024 23:44:41 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14881051 | + Email/Text: bankruptcydpt@mcmcg.com | Aug 02 2024 23:39:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14869770 | Email/PDF: cbp@omf.com | Aug 02 2024 23:44:42 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14869771 | Email/Text: fesbank@attorneygeneral.gov | Aug 02 2024 23:39:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14869775 | Email/Text: CollectionsDept@PFCU.COM | Aug 02 2024 23:39:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 14890970 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 02 2024 23:44:41 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14869772 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 02 2024 23:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14869773 | ^ MEBN | Aug 02 2024 23:38:00 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14869774 | + Email/Text: Contact@PersonifyFinancial.com | Aug 02 2024 23:39:00 | Personify Financial, Attn: Bankruptcy Department, PO Box 208417, Dallas, TX 75320-8417 |
| 14869777 | Email/Text: bankruptcy@philapark.org | Aug 02 2024 23:39:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14891821 | Email/Text: bnc-quantum@quantum3group.com | Aug 02 2024 23:39:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA |

District/off: 0313-2 | User: admin | Page 3 of 4
Date Rcvd: Aug 02, 2024 | Form ID: pdf900 | Total Noticed: 51

98083-0788

| 14890928 | + Email/Text: bncmail@w-legal.com | | |
| | | Aug 02 2024 23:39:00 | Scolopax, LLC, C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 14869778 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 02 2024 23:44:56 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14869779 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 02 2024 23:44:42 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14869780 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 02 2024 23:44:41 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 14869781 | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | Aug 02 2024 23:44:41 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 14869782 | + Email/Text: bncmail@w-legal.com | | |
| | | Aug 02 2024 23:39:00 | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14869783 | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | Aug 02 2024 23:39:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14889428 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Aug 02 2024 23:39:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 14869784 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
| | | Aug 02 2024 23:39:00 | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14869785 | ^ MEBN | | |
| | | Aug 02 2024 23:37:47 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14888697 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Aug 02 2024 23:44:50 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14880167 | * | AES/PNC Bank, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 14880168 | *+ | Affirm, Inc., Attn: Bankruptcy Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14880171 | * | Bridgecrest Acceptance Corp, Attn: Bankruptcy, 7300 East Hampton Avenue Suite 100, Mesa, AZ 85209-3324 |
| 14880174 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14880172 | *+ | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14880173 | *+ | Capital One/Neiman, Marcus/Bergdorf Goodman, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14880175 | * | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14880176 | *+ | Comenity/Burlington, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14880177 | *+ | Comenitycapital/fFe21, Attn: Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14880178 | *+ | Cornerstone, Pob 60610, Harrisburg, PA 17106-0610 |
| 14880182 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14880179 | *+ | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14880180 | *+ | First Premier Bank, Attn: Bankruptcy, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14880181 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14880183 | * | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14880184 | * | Pennsylvania Attorney, General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14880185 | * | Pennsylvania Department of, Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14880186 | * | Pennsylvania Office of, General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14880187 | *+ | Personify Financial, Attn: Bankruptcy Department, PO Box 208417, Dallas, TX 75320-8417 |
| 14880188 | *+ | Philadelphia Federal Credit, Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154-1003 |
| 14880189 | * | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |

District/off: 0313-2                          User: admin                          Page 4 of 4

Date Rcvd: Aug 02, 2024                     Form ID: pdf900                      Total Noticed: 51

| | | |
|---|---|---|
| 14880190 | * | Philadelphia Parking, Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14880192 | * | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14880193 | * | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14880194 | * | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, PO Box 965064, Orlando, FL 32896-5060 |
| 14880195 | * | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5060 |
| 14880196 | *+ | Target NB, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14880197 | * | U.S. Attorney, Eastern District, of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14880198 | * | U.S. Bankcorp, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 14880199 | * | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |

TOTAL: 0 Undeliverable, 30 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 04, 2024                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 2, 2024 at the address(es) listed below:**

**Name**                          **Email Address**

MICHAEL A. CIBIK

    on behalf of Debtor Chantay N. Little help@cibiklaw.com
    noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                              Chapter 13

     Chantay N. Little

                                         Bankruptcy No. 24-10976-AMC

             Debtor

ORDER DISMISSING CHAPTER 13 CASE

    AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

    IT IS FURTHER ORDERED that any wage order entered in this case is hereby
TERMINATED and the employer shall cease wage withholding immediately.

**Date: August 2, 2024**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE